IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02769-RPM

CHRISTOPHER KELLEY AND
CARL RICE,

      Plaintiffs,

v.

THE YUMA SCHOOL DISTRICT NO. 1,
MARK HARUF and
ROBERT STANNARD,

      Defendants.
_____

ORDER DENYING MOTION TO FILE SECOND AMENDED COMPLAINT
_____

      Upon consideration of the plaintiffs' motion for leave to file a second amended complaint and the papers relating to it, it is

      ORDERED that the motion is denied.

      Dated:   December 3rd, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge