IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02769-RPM

CHRISTOPHER KELLEY AND
CARL RICE,

      Plaintiffs,

v.

THE YUMA SCHOOL DISTRICT NO. 1,
MARK HARUF and
ROBERT STANNARD,

      Defendants.
_____

PROTECTIVE ORDER
_____

It appearing that the plaintiff Carl Rice has physical limitations preventing him from travel from Shoshone, Wyoming, to Denver, Colorado, for his deposition and the Court's understanding that a deposition may be taken by videoconferencing, it is

ORDERED, that the deposition of Carl Rice will be taken by videoconferencing with the arrangements to be made by plaintiff's counsel at plaintiff's cost.

Dated:   December 29th, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge